UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17 CV 1409 RWS |
| | ) | |
| LAWRENCE SMITH, | ) | |
|     d/b/a Cookie's Bar & Grill, | ) | |
| | ) | |
|     Defendant. | ) | |

## MEMORANDUM AND ORDER

Having reviewed plaintiff's motion for costs and attorneys' fees and for the reasons set out in plaintiff's motion, I find that plaintiff is entitled to recover the amounts sought and that the attorneys' fees requested are fair and reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for costs and attorneys' fees [18] is granted, and defendant shall pay plaintiff $2,447.51 in costs and $3,377.50 in attorneys' fees.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of August, 2017.